UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LA MICHOACANA MEAT MARKET TM
HOLDINGS, LLC,

    Plaintiff,

    v.

                                    Case No. 21-1038-EFM

MARIA GARCIA-GAMBINO, et al.,

    Defendants.

## NOTICE AND ORDER TO SHOW CAUSE

TO COUNSEL FOR DEFENDANTS, Abdul Q. Arif:

On August 30, 2021, you were notified by the Clerk of Court that your bar status in the District of Kansas was terminated pursuant to D. Kan. Rule 83.5.3 because, among other reasons, you failed to submit documentation of completed continuing legal education and failed to pay you annual renewal fee.[1] Noting that you had entered an appearance for defendants in this case, the Clerk set a deadline of September 17, 2021, for you "to find counsel to associate with you or take over the case."[2] To date, nothing in the record indicates you have complied with this requirement.

---

[1] Attachment 1 at 1.

[2] *Id.* at 2.

IT IS THEREFORE ORDERED that you, Abdul Q. Arif, show cause in writing to United States District Judge Eric F. Melgren, by **October 4, 2021**, why (1) default judgment should not be entered against defendants in this case, and (2) the court should not refer you to the appropriate disciplinary authorities.

The Clerk is directed to send a copy of this order (1) via certified mail to Abdul Q. Arif, Esq., at 1735 West 21st Street, Suite 200, Wichita, KS 67203; and (2) via regular mail to defendants Rafael Rodriguez-Acosta, Maria Garcia-Gamino, and La Michoacana LLC, at 2310 SE Boulevard, Wichita, Kansas 67211.

Dated September 20, 2021, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge