UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LA MICHOACANA MEAT MARKET TM
HOLDINGS, LLC,

    Plaintiff,

    v.

MARIA GARCIA-GAMBINO, et al.,

    Defendants.

Case No. 21-1038-EFM

## **ORDER**

On September 23, 2021, defendants' attorney, Abdul Arif, filed a motion to withdraw as counsel (ECF No. 20). Plaintiff (through counsel) and defendants (personally) are directed to file written responses to the motion by **October 7, 2021**.[1] The responses should state (1) whether the party has any objections to (or proposed conditions on) Mr. Arif being granted leave to withdraw and (2) the status of settlement negotiations. A call-in telephone hearing on the motion will be held on **October 8, 2021, at 11:00 a.m.**, unless a stipulation for dismissal has been filed by that date. Anyone wishing to participate in the telephone hearing shall call the conference line at 888-363-4749, using access code 8914911.

---

[1] Because defendants themselves do not have electronic-filing privileges, they should submit their responses to the clerk of court by either e-mail at ksd_clerks_wichita@ksd.uscourts.gov, fax at 316-315-4201, OR in person at the courthouse.

1

O:\ORDERS\21-1038-EFM-re20.docx

The Clerk is directed to send a copy of this order via regular and certified mail to defendants Rafael Rodriguez-Acosta, Maria Garcia-Gamino, and La Michoacana LLC, at 2310 SE Boulevard, Wichita, Kansas, 67211.

Dated September 24, 2021, at Kansas City, Kansas.

              s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge