UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| La Michoacana Meat Market TM Holdings, LLC,<br>　　Plaintiff,<br><br>v.<br><br>Maria Garcia-Gamino et al.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 6:21-cv-01038 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Stipulation of Dismissal with prejudice filed by Plaintiff, La Michoacana Meat Market TM Holdings, LLC ("Plaintiff") and Defendants Rafael Rodriguez-Acosta, Maria Garcia-Gamino and La Michoacana LLC ("Defendants").

It is hereby ORDERED, ADJUDGED AND DECREED that this cause be, and the same hereby is, dismissed with prejudice, and,

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff and Defendants shall take nothing by this decree and bear their own attorney's fees and costs.

SIGNED AND ENTERED this the __12th__ day of __October__, 2021.

_____
Presiding Judge

APPROVED AS TO FORM AND ENTRY REQUESTED:

_____
Kenneth H. Jack, Ks. Reg. 12621
Davis & Jack, L.L.C.
2121 W. Maple St.
Wichita, Kansas 67213
Ph: 316-945-8521; Fax: 316-945-2789
Email: kennethjack@davisandjack.com
**Attorney and Local Counsel for Plaintiff**